## PARK *v.* MAYS *et al.*

LUMPKIN, J. This case is controlled by the decision in *Fidelity Trust Co. v. Mays,* 142 *Ga.* 821 (83 S. E. 961).

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 10, 1915.

Complaint. Before Judge Daniel. Butts superior court. October 4, 1913.

*W. E. Watkins,* for plaintiff. *John R. L. Smith,* for defendants.